UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Belinda Khaghan-Elenowitz,

                Plaintiff,

-against-

Charles Rettig, IRS Commissioner,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/22/2022_

22 Civ. 2286 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The complaint and attachments attachment contain social security numbers.  *See generally* ECF No. 1.  This is in violation of Federal Rule of Civil Procedure 5.2(a).  Fed. R. Civ. P. 5.2(a).

    Accordingly, the Clerk of Court is directed to modify the viewing level for Plaintiff's complaint and attachments to parties only and to mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: March 22, 2022
       New York, New York

                                                ANALISA TORRES
                                        United States District Judge